UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

FILED
APR 23 2014
CLERK'S OFFICE
DETROIT

UNITED STATES OF AMERICA

V.

Jaime Franks
_____
Defendant

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT

CASE NUMBER: 14-30185

Upon motion of the __GOVERNMENT__, it is ORDERED that a detention hearing is set for __4/24/14__ * at __1:00 p.m.__
Date

before __THE DUTY MAGISTRATE JUDGE__
Name of Judicial Officer

__231 W. LAFAYETTE, ROOM 114, DETROIT, MICHIGAN 48226__
Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (_____) and produced for the hearing.
Other Custodial Official

Date: __4/23/14__

_____
Judicial Officer
MAGISTRATE JUDGE R. STEVEN WHALEN

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government or 5 days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion, if there is a serious risk that the defendant will flee or will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate or attempt to threaten, injure, or intimidate a prospective witness or juror.